RMT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AUTHORIZATION TO OBTAIN LOCATION DATA CONCERNING A CELLULAR TELEPHONE ASSIGNED CALL NUMBER (646) 945-9675 | U N S E A L I N G  O R D E R  10 Misc. 184 |

- - - - - - - - - - - - - - - - - - -X

       Upon the application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Richard M. Tucker, for an order unsealing the warrant in the above-captioned matter.

       WHEREFORE, it is ordered that the warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           April     , 2010

                             s/ MJ Reyes
                             _____
                             HONORABLE RAMON E. REYES, JR.
                             UNITED STATES MAGISTRATE JUDGE
                             EASTERN DISTRICT OF NEW YORK